UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROOTS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT W. FOX, et al.,<br><br>    Defendants. | No. 2:18-cv-2458 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 14, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 20. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2018, are adopted in full; and

2. This action is summarily dismissed as frivolous, see 28 U.S.C. § 1915A(b)(1).

DATED: January 15, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

1