UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROOTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT W. FOX, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2458 JAM AC P<br><br><br>ORDER |

　　This civil rights action was dismissed as frivolous on January 16, 2019. Since that date, plaintiff has filed more than ten additional documents in this case. Plaintiff is advised that documents filed after the closing date of this case are disregarded and no further orders will issue.

DATED: April 15, 2019

　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1